# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ERICA M. NASH, o/b/o A.R.N.H., | Case No. 2:17-cv-00484-KJD-BNW |
| Plaintiff, | ORDER |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security. | |
| Defendant. | |

Before the Court for consideration is the Report and Recommendation (#22) of Magistrate Judge Brenda Weksler entered September 6, 2019, recommending that Plaintiff's Motion to Remand (#17) be denied and that Defendant's Cross-motions to Affirm (#18/19) be granted. Though the time for doing so has passed, Plaintiff has failed to file any objections to the Report and Recommendation.

The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court determines that the Report and Recommendation (#22) of the United States Magistrate Judge entered September 6, 2019, should be **ADOPTED and AFFIRMED**.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#22) entered September 6, 2019, are **ADOPTED and AFFIRMED**;

IT IS FURTHER ORDERED that Plaintiff's Motion to Remand (#17) is **DENIED**;

IT IS FURTHER ORDERED that Defendant's Cross-motions to Affirm (#18/19) are **GRANTED**;

///

///

IT IS FURTHER ORDERED that the Clerk of the Court enter **JUDGMENT** for Defendant and against Plaintiff.

DATED this 27th day of September 2019.

_____
The Honorable Kent J. Dawson
United States District Judge